IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Gary Teel, et al., | ) | No. CV10-0834-PHX-SRB |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| Crabtree Contracting, L.L.C., | ) | |
| Defendant. | ) | |

On July 26, 2010 this Court issued an order directing Plaintiffs to file a status report within 10 days of the date of that order concerning the status of the Defendant. On August 4, 2010, Plaintiffs filed a status report advising the Court that Defendant has filed bankruptcy and that the automatic stay in effect precludes Plaintiffs from prosecuting this action.

IT IS THEREFORE ORDERED dismissing this case without prejudice.

DATED this 10th day of August, 2010.

_____
Susan R. Bolton
United States District Judge